IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent, | §<br>§<br>§ | |
| v. | § | Cr. No. C-03-403(1) |
|  | § | C.A. No. C-05-173 |
| SALVADOR RIOS-RAMIREZ, JR.,<br>    Defendant-Movant. | §<br>§ | |

### FINAL JUDGMENT

The Court enters final judgment denying defendant Salvador Rios-Ramirez, Jr.'s motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 10th day of May, 2005.

_____
Janis Graham Jack
United States District Judge